**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1148**

_____

MAUREEN BRYANT,

            Plaintiff - Appellant,

      v.

WASHINGTON MUTUAL BANK; HOWARD BIERMAN; BIERMAN, GEESING &
WARD, LLC,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, District
Judge.  (6:07-cv-00015-nkm)

_____

Submitted:  June 19, 2008            Decided:  June 23, 2008

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Maureen Bryant, Appellant Pro Se. John Joseph Robertson, LONG &
NEYHART, P.C., Blacksburg, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maureen Bryant appeals the district court's order dismissing her civil action for breach of contract, intentional infliction of emotional distress, and conspiracy regarding foreclosure proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bryant v. Washington Mutual Bank</u>, No. 6:07-cv-00015-nkm (W.D. Va. Dec. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>